IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ELIZABETH SOTO (07) | No.   4:25-CR-259-P |

## GOVERNMENT'S REPLY TO DEFENDANT'S RESPONSE TO GOVERNMENT'S OBJECTION TO DEFENDANT'S NOTICE OF EXPERT TESTIMONY

In reply to the defendant's response, the defendant requested discovery on September 28, 2025. (*See* attached email from the defendant and defendant's discovery letter.)   In it, the defendant requested (among other things) all relevant documents and expert reports.   (Defendant's letter para. 4 and 6.)   Thus, the defendant triggered its reciprocal discovery obligation under rule 16(b)(1).   Accordingly, by not providing any expert reports or the like the defendant has failed to comply with rule 16.

Respectfully Submitted,

RYAN RAYBOULD
UNITED STATES ATTORNEY

*s/ Shawn Smith*
SHAWN SMITH
Assistant United States Attorney
Texas State Bar No. 24033206
801 Cherry Street, Suite 1700
Fort Worth, Texas   76102
Telephone:   817-252-5200
Email: Shawn.Smith2@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on February 12, 2026, I electronically filed the foregoing document with the clerk for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record.

                                  *s/ Shawn Smith*
                                  SHAWN SMITH
                                  Assistant United States Attorney